### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-849-CFC-SRF |
| | ) |
| IOXUS, INC., | ) |
| | ) |
| Defendant. | ) |

### PARTIES' JOINT CLAIM CONSTRUCTION CHART

Pursuant to § 8 of the Court's March 19, 2019 Amended Scheduling Order (D.I. 32), Plaintiff CAP-XX, Ltd. and Defendant Ioxus, Inc. hereby file this joint claim construction chart of disputed terms for construction. The disputed claim terms are found within the asserted claims of U.S. Patent Nos. 6,920,034 (the "'034 patent") and 7,382,600 (the "'600 patent") (collectively, the "patents-in-suit"). The following exhibits are cited in the joint claim construction chart and filed herewith:

### Exhibit List

| Exhibit | Title |
|---|---|
| A | U.S. Patent No. 6,920,034 |
| B | U.S. Patent No. 7,382,600 |

| Exhibit | Title |
|---|---|
| C | MILLER, John R., Pulse Power Performance of Electrochemical Capacitors: Technical Status of Present Commercial Devices, The 8th International Seminar on Double Layer Capacitors and Similar Energy Storage Devices, Vol. 8, pp. 1-10, Dec. 7-9, 1998 |
| D | Excerpt from the file history for patent application serial no. 10/635,775, Office Action mailed on July 29, 2004, bates number, CAP-XX-001577-001582 |
| E | Excerpt from the file history for patent application serial no. 10/635,775, Response dated September 23, 2004, bates number CAP-XX-001586-001596 |
| F | Excerpt from the file history for patent application serial no. 10/635,775, Notice of Allowance dated October 19, 2004, bates number CAP-XX-001597-001600 |
| G | Excerpt from the file history for patent application serial no. 09/763,423, Office Action mailed on November 6, 2002, bates number CAP-XX-001114-001131 |
| H | Excerpt from the file history for patent application serial no. 09/763,423, Amendment dated March 6, 2003, bates number CAP-XX-001133-001150 |
| I | Excerpt from the file history for patent application serial no. 09/763,423, Notice of Allowance dated April 30, 2003, bates number CAP-XX-001152-001155 |
| J | Excerpt from the file history for patent application serial no. 11/050,762, Preliminary Amendment dated February 7, 2005, bates number CAP-XX-001401-001409 |
| K | Excerpt from the file history for patent application serial no. 11/050,762, Notice of Allowability dated June 8, 2005, bates number CAP-XX-001413-001417 |

| Exhibit | Title |
|---|---|
| L | Excerpt from the file history for patent application serial no. 11/228,294, Preliminary Amendment dated September 19, 2005, bates number CAP-XX-000543-00546 |
| M | Excerpt from the file history for patent application serial no. 11/228,294, Office Action mailed on July 13, 2007, bates number CAP-XX-000139-000142 |
| N | Excerpt from the file history for patent application serial no. 11/228,294, Response dated October 15, 2007, bates number CAP-XX-000108-000113 |
| O | Excerpt from the file history for patent application serial no. 11/228,294, Response to Noncompliant Amendment dated November 7, 2007, bates number CAP-XX-000094-000099 |
| P | Excerpt from the file history for patent application serial no. 11/228,294, Notice of Allowability dated January 14, 2008, bates number CAP-XX-000086-000089 |

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorney for Plaintiff CAP-XX, Ltd.*

Dated: July 12, 2019
6306216

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (#1014)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com

*Attorney for Defendant Ioxus, Inc.*

## Claim Terms for Which There Is No Agreement

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| volumetric figure of merit or FOM | '034 patent, cls. 1, 4-7, 13 | **Proposed Construction:**<br><br>The volumetric figure of merit for a storage device is determined by identifying the frequency $f_0$ at which the impedance of that device reaches a $-45°$ phase angle. The reciprocal of $f_0$ then provides a characteristic response time $T_0$ for the storage device. The value of the imaginary part of the impedance $Z''$ at $f_0$ is used to calculate the energy $E_0$ as follows: $E_0 = \frac{1}{2}CV^2$, where $C = -1/(2\pi f_0 Z'')$ and V is the rated voltage of the device. The volumetric figure of merit is then calculated as follows: volumetric FOM = $E_0/(vT_0)$, where v is the volume of the storage device. | Indefinite |

1

| | | **Intrinsic Record:**<br><br>Exh. A, '034 patent, col. 16, ln.43 – col. 17, ln. 18;<br><br>Exh. C, MILLER, John R., Pulse Power Performance of Electrochemical Capacitors: Technical Status of Present Commercial Devices, The 8th International Seminar on Double Layer Capacitors and Similar Energy Storage Devices, Vol. 8, pp. 1-10, Dec. 7-9, 1998;<br><br>Exh. D, Excerpt from the file history for patent application serial no. 10/635,775, Office Action mailed on July 29, 2004, bates number CAP-XX-001577-001582;<br><br>Exh. E, Excerpt from the file history for patent application serial no. 10/635,775, Response dated September 23, 2004, bates number CAP-XX-001586-001596;<br><br>Exh. F, Excerpt from the file history for patent application serial no. 10/635,775, Notice of Allowance dated October 19, 2004, bates number CAP-XX-001597-001600; | |

2

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | Exh. G, Excerpt from the file history for patent application serial no. 09/763,423, Office Action mailed on November 6, 2002, bates number CAP-XX-001114-001131; and<br><br>Exh. H, Excerpt from the file history for patent application serial no. 09/763,423, Amendment dated March 6, 2003, bates number CAP-XX-001133-001150; and<br><br>Exh. I, Excerpt from the file history for patent application serial no. 09/763,423, Notice of Allowance dated April 30, 2003, bates number CAP-XX-001152-001155. | |
| gravimetric figure of merit or FOM | '034 patent, cls. 51, 54-57<br><br>'600 patent, cls. 1, 2, 7 | **Proposed Construction:**<br><br>The gravimetric figure of merit for a storage device is determined by identifying the frequency $f_0$ at which the impedance of that device reaches a $-45°$ phase angle. The reciprocal of $f_0$ then provides a characteristic response time | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | $T_0$ for the storage device. The value of the imaginary part of the impedance $Z''$ at $f_0$ is used to calculate the energy $E_0$ as follows: $E_0 = \frac{1}{2}CV^2$, where $C = -1/(2\pi f_0 Z'')$ and V is the rated voltage of the device. The gravimetric figure of merit is then calculated as follows: gravimetric FOM = $E_0/(mT_0)$, where m is the mass of the storage device.<br><br>**Intrinsic Record:**<br><br>*See* references to Intrinsic Record cited for volumetric figure of merit above;<br><br>Exh. B, '600 patent, col. 16, lns. 5-47;<br><br>Exh. J, Excerpt from the file history for patent application serial no. 11/050,762, Preliminary Amendment dated February 7, 2005, bates number CAP-XX-001401-001409;<br><br>Exh. K, Excerpt from the file history for patent application serial no. 11/050,762, | |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | Notice of Allowability dated June 8, 2005, bates number CAP-XX-001413-001417; Exh. L, Excerpt from the file history for patent application serial no. 11/228,294, Preliminary Amendment dated September 19, 2005, bates number CAP-XX-000543-00546; Exh. M, Excerpt from the file history for patent application serial no. 11/228,294, Office Action mailed on July 13, 2007, bates number CAP-XX-000139-000142; Exh. N, Excerpt from the file history for patent application serial no. 11/228,294, Response dated October 15, 2007, bates number CAP-XX-000108-000113; Exh. O, Excerpt from the file history for patent application serial no. 11/228,294, Response to Noncompliant Amendment dated November 7, 2007, bates number CAP-XX-000094-000099; and | |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | Exh. P, Excerpt from the file history for patent application serial no. 11/228,294, Notice of Allowability dated January 14, 2008, bates number CAP-XX-000086-000089. | |
| gravimetric power maximum | '034 patent, cls. 23, 26-28, 42 | **Proposed Construction:**<br><br>Maximum power or Pmax for a storage device is calculated with the formula: $P_{max} = V^2/4R$, where V is the maximum operating voltage of the capacitor and R is the resistance determined from the simple RC model of the storage device.<br><br>The gravimetric power maximum is then determined by dividing Pmax by the mass of the storage device.<br><br>**Intrinsic Record:**<br><br>Exh. A, '034 patent, col. 26, lns. 20–64; Figs. 14, 15, 16, 17 and 20. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| volumetric power maximum | '034 patent, cl. 34 | **Proposed Construction:**<br><br>Maximum power or Pmax for a storage device is calculated in the same manner as set forth above. The volumetric power maximum is then determined by dividing Pmax by the volume of the storage device.<br><br>**Intrinsic Record:**<br><br>Exh. A, '034 patent, col. 26, lns. 20–64; Figs. 14, 15, 16, 17 and 20. | Indefinite |
| "figure of merit" | '034 patent, cls. 1, 4-7, 13, 51, 54-57<br><br>'600 patent, cls. 1, 2, 7 | *See* volumetric figure of merit and gravimetric figure of merit above. | Indefinite. |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| "greater than about 3.2 Watts/cm$^3$" | '034 patent, cl. 1 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, greater than approximately 3.2 Watts/cm$^3$.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric FOM.<br><br>Exh. A, '034 patent, Figs. 13, 17, and 20; col. 2, lns. 1-29; col. 4, lns. 1-34; col.26, lns. 1-14; col. 26, lns. 55-64. | Indefinite<br>Alternatively, greater than 3 Watts/cm$^3$ |
| "maximum operating voltage" | '034 patent, cls. 1-3, 13-15, 23-25, 34-36, 42-44, 51-53<br><br>'600 patent, cls. 11-13 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, the voltage at which the storage device is designed to operate under normal conditions. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | **Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric FOM.<br><br>Exh. A, '034 patent, Figs. 17 and 20; col. 26, lns. 20-30; col. 22, lns. 37-54; col. 23, lns. 45-51; col. 24, lns. 4-10; col. 24, lns. 55-64; and<br><br>Exh. B, '600 patent, Figs. 17 and 20; col. 25, ln. 61- col. 26, ln. 3; col. 22, lns. 4-21; col. 23, lns. 15-20; col. 23, lns. 42-49; col. 24, lns. 25-34. | |
| "less than about 4 Volts" | '034 patent, cls. 1, 13, 23, 34, 42, 51<br>'600 patent, cl. 11 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, less than approximately 4 Volts. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | **Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for maximum operating voltage. | |
| "less than about 3.5 Volts" | '034 patent, cls. 2, 14, 24, 35, 43, 52<br><br>'600 patent, cl. 12 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, less than approximately 3.5 Volts.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for maximum operating voltage. | Indefinite |
| "less than about 3 Volts" | '034 patent, cls. 3, 15, 25, 36, 44, 53<br><br>'600 patent, cl. 13 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, less than approximately 3 Volts. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | **Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for maximum operating voltage. | |
| "range of about 3.2 Watts/cm$^3$ to 4 Watts/cm$^3$" | '034 patent, cl. 4 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, range of approximately 3.2 Watts/cm$^3$ to 4 Watts/cm$^3$.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric figure of merit. | Indefinite<br>Alternatively, between 3 and 4 Watts/cm$^3$ |
| "range of about 4 Watts/cm$^3$ to 5 Watts/cm$^3$" | '034 patent, cl. 5 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| | | Alternatively, range of approximately 4 Watts/cm$^3$ to 5 Watts/cm$^3$.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric figure of merit. | |
| "range of about 5 Watts/cm$^3$ to 7 Watts/cm$^3$" | '034 patent, cl. 6 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, range of approximately 5 Watts/cm$^3$ to 7 Watts/cm$^3$.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric figure of merit. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| "range of about 7 Watts/cm$^3$ to 8 Watts/cm$^3$" | '034 patent, cl. 7 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, range of approximately 7 Watts/cm$^3$ to 8 Watts/cm$^3$.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric figure of merit. | Indefinite |
| "greater than about" | '034 patent, cls. 1, 13, 23, 26-28, 34, 42, 51, 54-57<br>'600 patent, cls. 1, 2, 7 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, greater than approximately.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric figure of merit and gravimetric figure of merit. | Indefinite |

| Claim Term / Phrase | Claim Number(s) | Plaintiff's Proposed Construction and Supporting Intrinsic Evidence | Defendant's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|---|
| "greater than about 2.1 Watts/gram" | '034 patent, cl. 51<br>'600 patent, cl. 1 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, greater than approximately 2.1 Watts/gram.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for gravimetric figure of merit. | Indefinite |
| "about" | '034 patent, cls. 1-7, 13-15, 23-28, 34-36, 42-44, 51-57<br>'600 patent, cls. 1, 2, 7, 10-13 | **Proposed Construction:**<br><br>No construction necessary as plain and ordinary meaning applies.<br><br>Alternatively, approximately.<br><br>**Intrinsic Record:**<br><br>*See* Intrinsic Record citations above for volumetric figure of merit and gravimetric figure of merit. | Indefinite |