IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 18-849 (CFC) ) |
| IOXUS, INC., | ) ) ) |
| Defendant. | ) |

**<u>UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

Cooley LLP ("Cooley") and Morris Nichols Arsht & Tunnell LLP ("MNAT") hereby move pursuant to D. Del. LR 83.7 for leave to withdraw as counsel for Defendant Ioxus, Inc. ("Ioxus") in the above-captioned matter. Counsel for Plaintiff CAP-XX, LTD. ("CAP-XX") has indicated that it will not oppose this motion (*see* Ex. A).

In support of this motion, Cooley and MNAT respectfully state as follows:

1. Pursuant to Rule 1.16(b) of the Model Rules of Professional Conduct of the American Bar Association (the "Model Rules") and the Delaware Lawyers' Rules of Professional Conduct ("Delaware Rules"), "a lawyer may withdraw from representing a client if": "(5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (7) other good cause for withdrawal exists."

2. Cooley and MNAT have represented Ioxus as counsel in this action since June 26, 2018, and have continuously and diligently represented Ioxus in this matter.

3. Despite Ioxus's representations throughout the engagement that Ioxus would fulfill its obligations regarding Cooley's and MNAT's services, Ioxus has failed substantially to do so.

4. In a December 20, 2019 e-mail, counsel proposed to Ioxus that it could withdraw from the matter given the company's current situation.

5. Counsel has attempted to settle the case on terms acceptable to Ioxus in light of the company's situation, but was unable to do so.

6. CAP-XX's counsel rejected Ioxus's last settlement offer on January 23, 2020.

7. Counsel has explained to Ioxus the consequences of withdrawal and the need to retain substitute counsel.

8. Ioxus consents to Cooley's and MNAT's withdrawal from representation in this matter.

9. Withdrawal is appropriate here under Rule 1.16(b)(5)-(7) because representation of Ioxus will result in continued failure by Ioxus to fulfill its obligations regarding Cooley's and MNAT's services and will result in an unreasonable financial burden on counsel. Good cause also exists because of a material change in Ioxus's situation as a result of unforeseen circumstances.

10. Because Cooley's and MNAT's correspondence with Ioxus regarding this representation may be privileged, copies of correspondence and details regarding conversations have not been attached to this motion. If the Court instructs Cooley and/or MNAT to provide such correspondence, Cooley and MNAT respectfully request that they be permitted to submit such documents *in camera* to maintain the attorney-client privilege.

11. Pursuant to D. Del. LR 83.7, Cooley sent a draft copy of this motion to Ioxus's CEO and CFO via e-mail on February 25, 2020 and to its mailing address on February 25, 2020 via USPS Certified Mail. *See* Exs. B-C.

WHEREFORE, Cooley and MNAT respectfully request that the Court enter an Order in the form attached hereto granting this Motion for Leave to Withdraw as Counsel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

OF COUNSEL:

Erik B. Milch
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000

Stephen Crenshaw
Elizabeth Shrieves
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-240
(202) 842-7800

March 10, 2020

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-849 (CFC) ) |
| IOXUS, INC., | ) ) ) |
| Defendant. | ) |

### [PROPOSED] ORDER

WHEREAS, Cooley LLP ("Cooley") and Morris Nichols Arsht & Tunnell have moved to withdraw as counsel for Defendant Ioxus, Inc. ("Ioxus") in the above-captioned action (the "Motion to Withdraw");

WHEREAS, counsel for CAP-XX, LTD., has indicated that Plaintiff does not oppose the Motion to Withdraw; and

WHEREAS, the Court has reviewed the Motion for Leave to Withdraw and has determined that good cause exists for the relief sought therein;

NOW, THEREFORE, IT IS HEREBY ORDERED this ___ day of _____, 2020, pursuant to D. Del. LR 83.7, that Cooley and Morris Nichols Arsht & Tunnell are permitted to withdraw as counsel to Ioxus in the above-captioned action.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michelle Chatelain Fullmer, Esquire<br>ADAMS AND REESE LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA  70139<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason P. Mueller, Esquire<br>Chris P. Perque, Esquire<br>FISHERBROYLES, LLP<br>2925 Richmond Ave., Suite 1200<br>Houston, TX  77098<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Maia T. Woodhouse, Esquire<br>ADAMS AND REESE LLP<br>Fifth Third Center<br>424 Church Street, Suite 2700<br>Nashville, TN  37219<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)