IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 18-849 (CFC) |
| v. ) | |
| ) | |
| IOXUS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 5th day of August 2020:

WHEREAS, on June 5, 2018, Plaintiff CAP-XX, Ltd. ("Plaintiff") filed the present action, alleging that Defendant Ioxus, Inc. ("Defendant") infringes U.S. Patent Nos. 6,920,034 and 7,382,600 (see D.I. 1);

WHEREAS, Defendant retained the law firms of Cooley LLP and Morris Nichols Arsht & Tunnell, LLP (collectively "Counsel for Defendant") as counsel in this action, and on July 26, 2018, Defendant answered the Complaint (D.I. 7) and thereafter engaged in discovery after entry of the Scheduling Order;

WHEREAS, on March 13, 2020, the Court granted Counsel for Defendant's motion to withdraw as counsel and ordered Defendant to retain new counsel on or before April 17, 2020 (see D.I. 79) as Defendant is a corporation that cannot appear in this action pro se;

WHEREAS, Defendant failed to retain new counsel and make a subsequent appearance since the Court granted Counsel for Defendant's motion to withdraw;

WHEREAS, on May 8, 2020, Plaintiff filed a motion seeking an entry of default and an order granting Plaintiff a reasonable amount of time after entry of default to provide the Court with the amount of damages to be adjudged in favor of Plaintiff, as well as the supporting evidence (D.I. 80);

WHEREAS, entry of default judgment under Federal Rule of Civil Procedure 55 is a two-step process that first requires entry of default by the Clerk of Court against a party that "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise" (FED. R. CIV. P. 55(a)), followed by entry of default judgment by the Clerk if Plaintiff's claim is for a sum certain or can be made certain by computation or otherwise by the Court upon application (see FED. R. CIV. P. 55(b)); and

WHEREAS, on May 14, 2020, Plaintiff's motion (D.I. 80) was granted (D.I. 82); the Clerk entered Entry of Default in Appearance Pursuant to Federal Rule Of Civil Procedure 55(a) as to Ioxus, Inc. (D.I. 83); and copies of the Order to Enter Default and Entry of Default were mailed to Defendant's registered agent;

2

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Rule 55 Motion for Entry of Default Judgment is GRANTED.  Default Judgment is hereby entered in favor of Plaintiff and against Defendant, the Court:

    a. finding that Defendant is liable for infringing the patents-in-suit;

    b. awarding Plaintiff compensatory damages in the amount of $1,237,717.37  based on a reasonable royalty under 35 U.S.C. § 284;

    c. awarding Plaintiff enhanced damages in the amount of $3,713,152.11 based on the trebling of Plaintiff's actual damages under 35 U.S.C. § 284 for Defendant's willful infringement;

    d. finding that this case is "exceptional" and award Plaintiff its attorney fees under 35 U.S.C. § 285;

    e. granting Plaintiff leave to submit a motion for attorney fees under Rule 54(d)(2) of the Federal Rules of Civil Procedure within fourteen (14) days of the Court's Entry of Default Judgment.

_____
The Honorable Colm F. Connolly
United States District Judge

6775622

3