# Fisher Broyles

**Carl D. Neff**
Partner
Carl.Neff@FisherBroyles.com
Direct: 302.482.4244
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
www.FisherBroyles.com

November 5, 2020

**VIA HAND DELIVERY AND CM/ECF**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3569

Re:  *CAP-XX, Ltd. v. Ioxus, Inc.*, **D. Del., C.A. No. 18-849 (CFC)**

Dear Judge Connolly:

This firm represents Plaintiff CAP-XX, Ltd. in the above-referenced action. On August 5, 2020, the Court entered an Order granting Plaintiff's Rule 55 Motion for Entry of Default Judgment. (D.I. 89.)

Enclosed is a proposed final judgment for Your Honor's review and approval. Plaintiff requests entry of a final judgment so that it may be registered in another district, pursuant to 28 U.S.C. § 1963.

Should Your Honor have any questions or require additional information, counsel is available at the Court's convenience.

Respectfully submitted,

*/s/ Carl D. Neff*

Carl D. Neff (DE Bar No. 4895)

Enclosure

cc:   Philip A. Rovner (w/encl., via CM/ECF)
      Jonathan A. Choa (w/encl., via CM/ECF)
      Chris P. Perque (w/encl., via CM/ECF)
      Jason Mueller (w/encl., via CM/ECF)