IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAP-XX, LTD., <br><br> Plaintiff, <br><br> v. <br><br> IOXUS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-849 (CFC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] FINAL JUDGMENT**

Pursuant to the Entry of Default in Appearance pursuant to Federal Rule of Civil Procedure 55(a), dated May 14, 2020 (D.I. 83) and the Court's Order granting of Plaintiff's Rule 55 Motion for Entry of Default Judgment, dated August 5, 2020 (D.I. 89),

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff CAP-XX, Ltd. and against Defendant Ioxus, Inc. on Plaintiff's claim for infringement of U.S. Patent No. 6,920,034 and U.S. Patent No. 7,382,600, in the amount of $4,950,869.48.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Ioxus, Inc.'s counterclaims are hereby dismissed with prejudice.

Dated: _____, 2020

_____
Honorable Colm F. Connolly

_____
(By) Deputy Clerk